UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JESUS-GARCIA,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX, et al.,<br>Respondents. | No. 1:26-cv-03079-DAD-EFB (HC)<br><br>ORDER REFERRING THIS ACTION TO THE MAGISTRATE JUDGE |

On April 27, 2026, the court granted petitioner's motion for temporary restraining order (Doc. No. 3) and directed the parties to meet and confer regarding a joint proposed briefing schedule with respect to any motion for preliminary injunction. (Doc. No. 11.) To date, no motion for preliminary injunction has been filed in this action. Accordingly, the court hereby REFERS this matter to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE